# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00264-DDD-NRN

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

MONARCH BLACK HAWK, INC.,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

---

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff; and Robert Stephen Galbo on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 29th day of July, 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Robert Stephen Galbo
Robert Stephen Galbo
Greenberg Traurig LLP
333 South East 2nd Avenue
Suite 4400
Miami, FL 33131
galbor@gtlaw.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of July, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Robert Stephen Galbo
galbor@gtlaw.com

                                          /s/ *Ari H. Marcus*